JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN SANCHEZ, | Case No. SA CV 15-1570-RSWL (SP) |
| Petitioner, | |
| v. | **JUDGMENT** |
| JOE LIZARRAGA, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: <u>April 24, 2019</u>

/s/ RONALD S.W. LEW
_____
HONORABLE RONALD S.W. LEW
UNITED STATES DISTRICT JUDGE